UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEIRDRE YOUNG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON GAS LIGHT COMPANY, | ) Civil Case No. _____ |
| | ) |
| and | ) |
| | ) |
| TEMPORARY SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

COMES NOW Grant E. Mulkey, of the law firm Stinson LLP, and certifies that he is admitted to practice in this Court and appears in this case as counsel for Defendant Washington Gas Light Company.

DATED: April 4, 2023                Respectfully submitted,

**STINSON LLP**

By: _/s/ Grant E. Mulkey_
Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

Counsel for Defendant Washington Gas Light Company

1