UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria
_____ DIVISION

Deirdre Young
_____

vs.                                    Civil/Criminal Action No._____

Washington Gas Light Co. & Temporary Solutions, Inc.
_____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and
Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
Washington Gas Light Company
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or
affiliates of said party that have issued shares or debt securities to the public or own more than
ten percent of the stock of the following:
See Attachment A
_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and
Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general
or limited, or owners or members of non-publicly traded entities such as LLCs or other closely
held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and
Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or
affiliates of said party that have issued shares or debt securities to the public.

April 4, 2023
_____              _____
Date                                   Signature of Attorney or Litigant
                                       Counsel for Washington Gas Light Company

**ATTACHMENT A**
to
**FINANCIAL INTEREST DISCLOSURE STATEMENT**
for
**WASHINGTON GAS LIGHT COMPANY**

- AltaGas Ltd.
- AtaGas Services (US) Inc.
- AltaGas Utility Holdings (US) Inc.
- Wrangler 1 LLC
- WGL Holdings, Inc.
- Hampshire Gas Company
- Wrangler SPE LLC
- Washington Gas Resources Corp.
- WGL Energy Services, Inc.
- WGL Sustainable Energy LLC
- WGSW, Inc.
- WGL Energy Systems, Inc.
- Semco Holding Corporation
- SEMCO Energy, Inc.
- SEMCO-CINGSA Storage Company
- SEMCO Energy Ventures, Inc.
- Alaska Pipeline Company
- Hotflame Gas, Inc.
- Alaska Utilities, LLC