AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Deirdre Young | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-00445 |
| Washington Gas Light Co. & Temporary Solutions Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Temporary Solutions, Inc.                                                                                         .

Date:      04/04/2023

/s/ Justin F. Ferraro
*Attorney's signature*

Justin F. Ferraro (VSB # 92226)
*Printed name and bar number*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington D.C., 20037

*Address*

justin.ferraro@agg.com
*E-mail address*

(202) 677-4967
*Telephone number*

(202) 677-4031
*FAX number*