IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEIRDRE YOUNG, <br><br> *Plaintiff*, <br> v. <br><br> WASHINGTON GAS LIGHT COMPANY, <br><br>   and <br><br> TEMPORARY SOLUTIONS, INC. <br><br> *Defendants*. | Case No.: 1:23-cv-00445 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Local Rules, Defendant Temporary Solutions, Inc. certifies that it is an affiliate of Employment Enterprises, Inc. Temporary Solutions, Inc. also certifies that there are no parents, trusts, subsidiaries and/or affiliates of Temporary Solutions, Inc. that have issued shares or debt securities to the public.

Respectfully submitted this 4th day of April, 2023.

[*Signatures of counsel on following page*]

4869-8947-7467.v2

**ARNALL GOLDEN GREGORY LLP**

By: */s/ Justin F. Ferraro*

Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
*Pro Hac Vice forthcoming*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke
*Pro Hac Vice forthcoming*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8712
lindsey.locke@agg.com

*Attorneys for Defendant Temporary Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2023, I filed the foregoing Temporary Solutions, Inc.'s CORPORATE DISCLOSURE STATEMENT using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

Dated: April 4, 2023                              By:   /s/ *Justin F. Ferraro*

                                                  Justin F. Ferraro
                                                  Virginia State Bar No. 92226
                                                  ARNALL GOLDEN GREGORY LLP
                                                  2100 Pennsylvania Avenue, NW
                                                  Suite 350S
                                                  Washington, DC 20037
                                                  Telephone: 202.677.4967
                                                  Fax: 202.677.4031
                                                  justin.ferraro@agg.com