IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEIRDRE YOUNG,<br><br>    *Plaintiff*,<br>v.<br><br>WASHINGTON GAS LIGHT COMPANY,<br><br>  and<br><br>TEMPORARY SOLUTIONS, INC.<br><br>    *Defendants*. | Case No.: 1:23-cv-00445 |

**DEFENDANT TEMPORARY SOLUTION INC.'S MOTION TO DISMISS**

    COMES NOW, Defendant Temporary Solutions, Inc. ("Temporary Solutions"), by and through its undersigned counsel, and hereby respectfully submits this Motion to Dismiss for failure to state claims upon which relief may be granted in response to Plaintiff Deirdre Young's ("Young" or "Plaintiff") Complaint.

    1.    Young has failed to allege any facts in this action that would plausibly establish claims under either Virginia Human Rights Act ("VHRA") or 42 U.S.C. 1981. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

    2.    In sum, Plaintiff has failed to exhaust her administrative remedies as required to bring her alleged claims of discrimination, harassment, and retaliation under the VHRA, and has wholly failed to allege any facts that would be sufficient to support her claims of race-based discrimination, harassment, or retaliation against Temporary Solutions under Section 1981.

    3.    In support of this motion, Temporary Solutions submits an accompanying Brief in Support. For the reasons outlined above, and included in the accompanying brief, Temporary

Solutions respectfully requests that the Court grant Temporary Solution's Motion to Dismiss each of Young's claims, and dismiss Young's Complaint as against Temporary Solutions.

Respectfully submitted this 11th day of April, 2023.

                              **ARNALL GOLDEN GREGORY LLP**

By:  */s/ Justin F. Ferraro*

Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
*Pro Hac Vice forthcoming*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke
*Pro Hac Vice forthcoming*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8712
lindsey.locke@agg.com

*Attorneys for Defendant Temporary Solutions, Inc*.

4892-0983-1772.v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I filed the foregoing Temporary Solutions, Inc.'s Motion to Dismiss using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

Dated: April 11, 2023                          By:  /s/ *Justin F. Ferraro*

                                                        Justin F. Ferraro
                                                        Virginia State Bar No. 92226
                                                        ARNALL GOLDEN GREGORY LLP
                                                        2100 Pennsylvania Avenue, NW
                                                        Suite 350S
                                                        Washington, DC 20037
                                                        Telephone: 202.677.4967
                                                        Fax: 202.677.4031
                                                        justin.ferraro@agg.com