UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEIRDRE YOUNG,**

    **Plaintiff**

**v.**                                                                         Civil Case No. 1:23cv00445-PTG-JFA

**WASHINGTON GAS LIGHT**
**COMPANY,** *et al.*

    **Defendants**

### WASHINGTON GAS LIGHT COMPANY'S TRIAL EXHIBIT LIST

Pursuant to this Court's Order of October 6, 2023 (Docket No. 22), Defendant Washington Gas Light Company ("Washington Gas"), by undersigned counsel, respectfully submits the following list of potential exhibits for the trial of the above-captioned matter. Washington Gas reserves the right to elect not to seek the introduction of any of these exhibits at trial, and to rearrange the numbering sequence prior to trial.

### EXHIBITS

This list does not include exhibits that Defendant might seek to introduce as impeachment or rebuttal evidence. Defendant reserves the right to use demonstrative exhibits during the testimony of certain of its witnesses at trial. The exhibit list below reflects the present status of this case. Accordingly, Defendant reserves the right to amend this list—including eliminating proposed exhibits—should further litigation developments (including, *inter alia*, positions advanced by Plaintiff) warrant. Copies of all listed exhibits have been previously produced to Plaintiff and to codefendant Temporary Solutions and have also been identified by Bates numbers.

1

| No. | Bates No. | Description |
|---|---|---|
| 1 | WGL0000141-143 | Statement of Work – Number: Technical Training Proctoring – effective April 2019 |
| 2 | WGL0000144 | Handwritten Thank You note from Plaintiff to Thomas Robb |
| 3 | WGL0000145-147 | July 16, 2020 – August 7, 2020 email correspondence between E. Roller, H. Anzano, C. Clokus and A. Dobson re: WGL Investigation |
| 4 | WGL0000148-149 | March 17 – 18, 2020 email exchange between K. Dunn and H. Anzano |
| 5 | WGL0000150-151 | March 18, 2020 and May 22, 2020 emails from K. Dunn to Washington Gas Security re: Temporary Badge Deactivation |
| 6 | WGL0000152-154 | March 2020 letter to all WGL Employees and Annual Notification: How to Report Harassment and Discrimination |
| 7 | WGL0000155-158 | Organization Chart – OQ & Education Technology |
| 8 | WGL0000057-058 | April 6 and April 10, 2020 emails regarding Distribution of EEO Cascade for 2020 |
| 9 | WGL0000059-060 | April 20, 2020 Corporate Communications – A Message from Washington Gas Director, Employment and Labor Relations re: EEO documents |
| 10 | WGL0000137-140 | June 11, 2020 letter addressed to Washington Gas Attn: Human Resources Department with typewritten signature of Plaintiff |
| 11 | WGL0000159-161 | March 2020 text messages from T. Robb to D. Young |
| 12 | WGL0000163-164 | Table of contractors with hire dates through June 2020 |
| 13 | WGL0000164-165 | July 16, 2020 email exchange between E. Roller, A. Dobson, P. Tomko and H. Anzano |
| 14 | WGL0000166 | Robb Policy and 2021 EEO Cascade Acknowledgments |
| 15 | WGL0000167-223 | Washington Gas Position Statement submitted to the EEOC re Deidre Young v. Washington Gas Light Co., EEOC Charge No. 570-2020-02393 |

2

| 16 | WGL0000226-231 | Proctor – Robb Investigation Summary |
|----|----------------|---------------------------------------|
| 17 | WGL0000232-233 | May 21, 2020 email from K. Dunn to H. Anzano cc to T. Robb re Washington Gas Proctor Details |
| 18 | WGL0000236 | June 19, 2020 email exchange between E. Roller and T. Robb re: HR matter |
| 19 | WGL0000237-238 | July 16 and July 20, 2020 email exchange among E. Roller, A. Dobson, P. Tomko, H. Anzano and C. Clokus re: WGL Investigation |
| 20 | WGL0000241 | June 16, 2020 email from E. Roller to K. Dunn re: Availability to discuss HR matter |
| 21 | WGL0000242-243 | October 30, 2020 Written Warning to T. Robb |
| 22 | WGL0000244-245 | June 18, 2020 email correspondence including E. Roller, H. Anzano, A. Dobson, P. Tomko, L. Padgett re: WGL Investigation |
| 23 | TS000133-136 | Plaintiff's payroll information for her placement with Washington Gas |
| 24 | TS000138-139 | August 27, 2019 email exchange between K. Dunn and H. Anzano re Deidre Young |
| 25 | TS000140 | March 17 and March 18, 2020 email exchange between K. Dunn and H. Anzano re update |
| 26 | TS000202-204 | Payroll information for proctors placed at Washington Gas during Plaintiff's placement |
| 27 | TS000001-002 | May 6, 2020 email exchange between K. Dunn and H. Anzano re Proctors |
| 28 | TS000003-007 | June 15 – July 20, 2020 email correspondence between P. Tomko and Plaintiff, C. Clokus and Anzano re Temporary Solutions |

CORE/0833121.0015/187619103.1

DATED: February 21, 2024

        Respectfully submitted,

        **STINSON LLP**

        By: <u>*/s/Grant E. Mulkey*</u>
        Grant E. Mulkey
        Virginia State Bar No. 82452
        1201 Walnut Street
        Suite 2900
        Kansas City, MO 64106
        Telephone: 816.691.3203
        Fax: 816.412.8124
        grant.mulkey@stinson.com

        Bernadette C. Sargeant
        *Admitted Pro Hac Vice*
        1775 Pennsylvania Avenue, N.W.
        Suite 800
        Washington, D.C. 20006
        202.728.3018
        bernadette.sargeant@stinson.com
        Counsel of Record for Defendant
        Washington Gas Light Company

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I filed Defendant Washington Gas Light Company's Trial Exhibit List using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

DATED: February 21, 2024

          Respectfully submitted,

          **STINSON LLP**

          By: */s/Grant E. Mulkey*
          Grant E. Mulkey
          Virginia State Bar No. 82452
          1201 Walnut Street
          Suite 2900
          Kansas City, MO 64106
          Telephone: 816.691.3203
          Fax: 816.412.8124
          grant.mulkey@stinson.com