UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEIRDRE YOUNG,**

    **Plaintiff**

v.                                 Civil Case No. 1:23cv00445-PTG-JFA

**WASHINGTON GAS LIGHT COMPANY,** *et al.*

    **Defendants**

### WASHINGTON GAS LIGHT COMPANY'S TRIAL WITNESS LIST

Pursuant to this Court's Order of October 6, 2023 (Docket No. 22), Defendant Washington Gas Light Company (Washington Gas), by undersigned counsel, respectfully submits the following list of potential witnesses for the trial of the above-captioned matter.

### WITNESSES

In accordance with Federal Rule of Civil Procedure 26(a)(3), the witnesses marked with an asterisk are those Washington Gas expects to present at trial.  The remaining witness is one Defendant may call if the need arises.  Defendant reserves the right to seek to present the testimony of such witnesses by *de bene esse* deposition or through discovery deposition testimony if the witness in question is unavailable for trial.

The witness list below reflects the present status of this case.  Accordingly, Washington Gas reserves the right to amend this list—including eliminating proposed witnesses—should further litigation developments warrant.  All witnesses listed can be reached through undersigned counsel for Washington Gas.

1. Thomas Robb*

2. Kevin Dunn*

3. Emily Roller

Washington Gas reserves the right to call any witness listed on Plaintiff's Trial Witness List.

DATED: February 21, 2024

                                              Respectfully submitted,

**STINSON LLP**

By: */s/Grant E. Mulkey*
Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

Bernadette C. Sargeant
*Admitted Pro Hac Vice*
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
202.728.3018
bernadette.sargeant@stinson.com
Counsel of Record for Defendant
Washington Gas Light Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I filed Defendant Washington Gas Light Company's Trial Witness List using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

DATED: February 21, 2024

        Respectfully submitted,

        **STINSON LLP**

        By: */s/Grant E. Mulkey*
        Grant E. Mulkey
        Virginia State Bar No. 82452
        1201 Walnut Street
        Suite 2900
        Kansas City, MO 64106
        Telephone: 816.691.3203
        Fax: 816.412.8124
        grant.mulkey@stinson.com

CORE/0833121.0015/187619164.1