UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

===================================================================

**DEIRDRE YOUNG,**

**Plaintiff**
v.                                                        Civil Case No. 1:23cv00445-PTG-JFA

**WASHINGTON GAS LIGHT**
**COMPANY & TEMPORARY**
**SOLUTIONS**

**Defendants**

===================================================================

**The Plaintiff Deirdre Young's R.26 Pre-Trial Disclosures.**

The Plaintiff Deirdre Young, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's October 6, 2023, Scheduling Order, make the following pretrial disclosures.

**A. Rule 26(a)(3)(A)(i) Witnesses Plaintiff Young expects to present**

1. Plaintiff Deirdre Young; to be contacted through counsel.

2. Charles Stanton, spouse of the Plaintiff will testify concerning Young's mental state and Young's contemporaneous discussions with her husband concerning the discrimination, harassment and retaliation at the workplace. Staton is to be contacted via the undersigned counsel.

3. Kiyah Young, daughter of the Plaintiff will testify concerning Young's mental state and Young's contemporaneous discussions with her daughter concerning the discrimination, harassment and retaliation at the workplace. Kiyah is to be contacted via the undersigned counsel.

4. Dmitri Young, son of the Plaintiff will testify concerning Young's mental state and Young's contemporaneous discussions with her son concerning the discrimination, harassment and retaliation at the workplace. Dimitri is to be contacted via the undersigned counsel.

5. Tyrita Thomas, former coworker. Thomas will testify that she was harassed and discriminated at the workplace and that she engaged in protected activity by complaining about the discrimination and harassment to Washington Gas; Temporary Solutions, and Wilder Reed, President of the union.

6. Contressa Keitt, former coworker. Keitt has knowledge of Robb's discriminatory practices at the workplace.

7. Lynette Hyde, Washington Gas employee: was the former supervisor of the Plaintiff and will testify that the Plaintiff was a valuable employee.

8. Thomas Robb, Washington Gas employee, the supervisor of the Plaintiff for the 2019-2020 periods. Robb also discriminated and harassed the Plaintiff, and also received complaints of discrimination and harassment from the Plaintiff.

9. Gwendolyn Drain, Temporary Solutions (TS) employee: has knowledge of Plaintiff's protected activities and also told Plaintiff to raise the complaints of harassment and discrimination directly with her harasser, Thomas Robb.

10. Wilder Reed, President of Teamsters Local 96. Reed is the union representative for Washington Gas. Reed will testify that he brought complaints of discrimination on behalf of the Plaintiff or Tyrita Thomas directly to the attention of Washington Gas and/or its HR department. His last known contact information is: Teamster Local 96 5627 Allentown Rd Suite 202. Suitland, MD 20746. 240-619-3151.

11. Marco Smart, employee of the Defendants. Smart will testify that he had an argument with Thomas Robb concerning politics and race at the workplace.

12. All other witnesses identified by the Defendants, including all employees employed by the Defendants.

Young reserves the right to supplement this list based on any information that might come to light subsequent to the filing of this list. In addition, the Plaintiff Young reserves the right to call witnesses solely for the purpose of impeachment. Finally, Young reserves the right to call any witness listed on Defendants witness list.

**B. Exhibits Young expects to use. Rule 26(a)(3)(A)(iii)**

1. All documents produced by Young in discovery.

2. All documents produced by the Defendant Washington Gas and Temporary

Solutions in discovery.

3. All deposition transcripts.

4. Pleadings in this case; all discovery in this matter, including the Plaintiff and Defendants R.33 and R.34 responses to each other.

| Exhibit No | Bates No | Description of Document | Date | Admitted (Y/N) |
|---|---|---|---|---|
| 1 | TS_000001[1] | Dunn email to Temporary Solutions (TS) saying that Robb has spoken to staff about return to work | 5/6/2020 | |
| 2 | TS_05-6 | TS HR states that Young's June 2020 email about Robb has been escalated to HR for review and investigation | 6/15/2020 | |
| 3 | TS_008 | TS interview notice for Young | 6/19/2020 | |
| 4 | TS_10-11 | WA Gas and TS Placement Agreement | | |
| 5 | TS_23 | Email from Young to TS about discrimination at the workplace from Robb. Young also states that she is shocked to learn that she is not returning | 6/12/2020 | |
| 6 | TS_24 | Dunn states that Young has been doing a commendable job | 4/2/2019 | |
| 7 | TS_28 | Employees who replaced Young and Thomas are in yellow | | |
| 8 | TS_32-34 | Tyrita Thomas' email and letter to HR about Robb's complaints. It also states that Robb will be having a discussion with Dunn about employee returning | 6/11/2020 | |
| 9 | TS_35-38 | Young letter to HR about | 6/11/2020 | |

---

[1] In this filing, we will identify the documents from Temporary Solutions by their last 2-3 digits.

|    |                |                                                                                                          |                      |   |
|----|----------------|----------------------------------------------------------------------------------------------------------|----------------------|---|
|    |                | her concerns with Robb                                                                                    |                      |   |
| 10 | TS_43-53       | TS interview notice to Young.                                                                             | 6/18/2020            |   |
| 11 | TS_55-60       | TS EEO interviews with coworkers.                                                                         | June – Aug 2020      |   |
| 12 | TS_61          | Young note to Robb about positive energy at the workplace.                                                | unknown              |   |
| 13 | TS_70-71       | Dunn email to TS that they are bringing people on board June 2020. Also states that he and Robb want to interview candidates | 5/21/2020 |   |
| 14 | TS_73-88       | WGL & TS Temp Contract                                                                                    |                      |   |
| 15 | TS_94-102      | TS response to US EEOC                                                                                    | 9/4/2020             |   |
| 16 | TS_107-128     | TS EEO Handbook                                                                                           |                      |   |
| 17 | TS_129-131     | Young W2                                                                                                  | 2017-2020            |   |
| 18 | TS_132-136     | Young TS/WG Payroll Hours                                                                                 | 2018-2020            |   |
| 19 | TS_199         | Young email to Drain that she wants to raise complaints about workplace.                                  | 3/16/2020            |   |
| 20 | TS_140         | Dunn email to TS that operations are suspended                                                            | 3/18/2020            |   |
| 21 | TS_202-204     | Hourly Sheets                                                                                             | Jan – March 2020     |   |
| 22 | WGL_000001-2[2]| Robb Statement to US EEOC. Denies making HWE comments. But his reprimand letter says that he did engage in HWE. | 9/4/2020 |   |
| 23 | WGL_3-6        | Offer letter to Thoams Robb & resume. He went to Fresno Pacific University                                | 10/8/2019            |   |
| 24 | WGL_9-22       | Robb 2020 evaluation.                                                                                     | 2020                 |   |
| 25 | WGL_23-34      | Robb 2021 Evaluation                                                                                      | **2021**             |   |

---

[2] In this filing, we will refer to the documents submitted by Washington Gas Light (WGL) by their last 2-3 digits.

| 26 | WGL_35 | Robb Resignation letter | **3/15/2022** | |
|---|---|---|---|---|
| 27 | WGL_39-54 | WG-TS Contract | | |
| 28 | WGL_61-62 | Dunn EEOC Affidavit. | 9/4/2020 | |
| 29 | WGL_57-60 | EEO Policy | April 2020 | |
| 30 | WGL_63-136 | WG 2022 Financial Report | | |
| 31 | WGL_137-140 | Young HWE Report to WGL | **6/11/2020** | |
| 32 | WGL_141-143 | Proctoring Job Description | | |
| 33 | WGL_148 | Dunn email to TS about shutting down operations at WG | 3/18/2020 | |
| 34 | WGL_150 | Dunn Email to TS that Young and Thomas not returning | **5/22/2020** | |
| 35 | WGL_152-154 | EEO Policy | March 2020 | |
| 36 | WGL_155 | Org Chart | | |
| 37 | WGL_166 | Shows that Robb was terminated and EEO policies signed by Robb | | |
| 38 | WGL_167-192 | Position Statement to US EEOC | **9/9/2020** | |
| 39 | WGL_193 | Robb and Dunn to interview candidates | **5/21/2020** | |
| 40 | WGL_222 | Robb asks Young if she is getting behind on schedule. | 3/5/2020 | |
| 41 | WGL_226-231 | 227: WG Internal Summary showed that Robb engaged in "race, age and politics" discussions that WG deemed inappropriate. | **2020** | |
| 42 | WGL_234-235 | "No reason" given for Deirdre not returning to work | **unknown** | |
| 43 | WGL_242-243 | WGL Disciplinary | 10/30/2020 | |

**Young R.26 Pre-Trial Disclosures.**

|    |                    |                                                                |                       |    |
|----|--------------------|----------------------------------------------------------------|-----------------------|----|
|    |                    | Warning to Robb about HWE against Young                        |                       |    |
| 44 | Young-004          | Email with Young about pay increase                            | 6/28/2018             |    |
| 45 | Young-10 to 13     | Robb email to staff about time cards and schedule              | 1/3/2020              |    |
| 46 | Young-14 to 15     | Young emails with Robb about change of duties and instructions | 3/6/2020              |    |
| 47 | Young-017 to 019   | Young email to Holly Anzano regarding pay raise                | March – April 2019    |    |
| 48 | Young-020 to 34    | Young job applications                                         | 2019-2022             |    |
| 49 | Young-034 to 37    | Young applications for unemployment with Virginia              | 2020-2021             |    |
| 50 | Young-038          | DC unemployment application                                    | 2023                  |    |

The Plaintiff Young may use the following documents at trial in this action if the need arises:

1. Plaintiff's complaint and amended complaints.
2. Defendant's Answer and amended answers to Plaintiff's complaint.
3. The Plaintiff Young reserves the right to supplement and/or amend this list. In addition, Young reserves the right to use documents not listed above for the purpose of impeachment. Young also reserves the right to use any un-numbered, native-format file produced by the parties which is an attachment to any document listed on Defendants exhibit list. Finally, Young reserves the right to use any document listed on Defendants exhibit list and/or amend this list after the ruling on any motion for summary judgment.

**Plaintiff's written stipulation.**

This was submitted to the Court on 2/20/2024 (ECF 42) by the parties.

*Respectfully Submitted,*

/s/Monique A. Miles

Monique A. Miles
Virginia State Bar No. 78828
Old Towne Associates, P.C.
5290 Shawnee Road, Suite 200
Alexandria, VA 22312
Telephone: 703.519.6810
mmiles@oldtowneassociates.com
February 21, 2024


/s/A.J Dhali
*Admitted Pro Hac Vice*
Dhali P.C.
1629 K Street, NW
Suite 300
Washington, DC 20006
Telephone: 202.556.1285
ajdhali@dhalilaw.com

*Counsel for Plaintiff Deirdre Young*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on 2/21/2024 with copies sent to the following counsel for the Defendants:

Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

Bernadette C. Sargeant
*Admitted Pro Hac Vice*
1775 Pennsylvania Avenue, NW
Suite 800
Washington, D.C. 20006
202.728.3018
bernadette.sargeant@stinson.com

*Counsel for Defendant Washington Gas Light Company*


Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
A*dmitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke
*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363

Telephone: 404.873.8712
lindsey.locke@agg.com

*Counsel for Defendant Temporary Solutions, Inc.*

/s/ Monique Miles