UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEIRDRE YOUNG,**

    **Plaintiff**

**v.**                                                           Civil Case No. 1:23cv00445-PTG-JFA

**WASHINGTON GAS LIGHT COMPANY,** *et al.*

    **Defendants**

## DEFENDANT WASHINGTON GAS LIGHT COMPANY'S OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS

Defendant Washington Gas Light Company (Washington Gas) through undersigned counsel and pursuant to Fed. R. Civ. P. 26 (a) (3) and this Court's October 6, 2023 Order (Dkt. 22) hereby submits the following objections to Plaintiff's Proposed Trial Exhibits (Dkt. 46).

**Overall Objections:** Washington Gas objects to Plaintiff's exhibits to the extent they identify partial documents rather than the documents in their entirety as produced in discovery. Washington Gas objects to any and all argumentative, testimonial or misleading descriptions of contents of exhibits as stated in Plaintiff's list of exhibits. Washington Gas will move to strike such descriptions from any exhibit list provided to the jury or other fact finder in this matter.

| Exhibit No | Bates No | Description of Document | Date | Objection |
|---|---|---|---|---|
| 1 | TS_000001 | Dunn email to Temporary Solutions (TS) saying that Robb has spoken to staff about return to work | 5/6/2020 | Objection to argumentative and misleading description |

| Exhibit No | Bates No | Description of Document | Date | Objection |
|---|---|---|---|---|
| 2 | TS_05-6 | TS HR states that Young's June 2020 email about Robb has been escalated to HR for review and investigation | 6/15/2020 | Designates an incomplete document |
| 3 | TS_008 | TS interview notice for Young | 6/19/2020 | Designates an incomplete document |
| 4 | TS_10-11 | WA Gas and TS Placement Agreement | | None |
| 5 | TS_23 | Email from Young to TS about discrimination at the workplace from Robb. Young also states that she is shocked to learn that she is not returning | 6/12/2020 | Objection to argumentative and misleading description |
| 6 | TS_24 | Dunn states that Young has been doing a commendable job | 4/2/2019 | Objection to argumentative description; incomplete document |
| 7 | TS_28 | Employees who replaced Young and Thomas are in yellow | | Objection to argumentative description |
| 8 | TS_32-34 | Tyrita Thomas' email and letter to HR about Robb's complaints. It also states that Robb will be having a discussion with Dunn about employee returning | 6/11/2020 | Objection to argumentative and misleading description |
| 9 | TS_35-38 | Young letter to HR about her concerns with Robb | 6/11/2020 | Objection to argumentative description |
| 10 | TS_43-53 | TS interview notice to Young. | 6/18/2020 | Designates an incomplete document |
| 11 | TS_55-60 | TS EEO interviews with coworkers. | June – Aug 2020 | None |
| 12 | TS_61 | Young note to Robb about positive energy at the workplace. | unknown | Objection to argumentative and |

| Exhibit No | Bates No | Description of Document | Date | Objection |
|---|---|---|---|---|
| | | | | misleading description |
| 13 | TS_70-71 | Dunn email to TS that they are bringing people on board June 2020. Also states that he and Robb want to interview candidates | 5/21/2020 | Objection to argumentative description |
| 14 | TS_73-88 | WGL & TS Temp Contract | | None |
| 15 | TS_94-102 | TS response to US EEOC | 9/4/2020 | None |
| 16 | TS_107-128 | TS EEO Handbook | | None |
| 17 | TS_129-131 | Young W2 | 2017-2020 | Designates an incomplete document |
| 18 | TS_132-136 | Young TS/WG Payroll Hours | 2018-2020 | Document is at TS_133-136 |
| 19 | TS_199 | Young email to Drain that she wants to raise complaints about workplace. | 3/16/2020 | Objection to argumentative description |
| 20 | TS_140 | Dunn email to TS that operations are suspended | 3/18/2020 | Designates an incomplete document |
| 21 | TS_202-204 | Hourly Sheets | Jan – March 2020 | None |
| 22 | WGL_000001-2 | Robb Statement to US EEOC. Denies making HWE comments. But his reprimand letter says that he did engage in HWE. | 9/4/2020 | Objection to argumentative and misleading description |
| 23 | WGL_3-6 | Offer letter to Thomas Robb & resume. He went to Fresno Pacific University | 10/8/2019 | Objection to argumentative misleading description; exhibit includes two separate documents |
| 24 | WGL_9-22 | Robb 2020 evaluation. | 2020 | None |

| Exhibit No | Bates No | Description of Document | Date | Objection |
|---|---|---|---|---|
| 25 | WGL_23-34 | Robb 2021 Evaluation | 2021 | None |
| 26 | WGL_35 | Robb Resignation letter | 3/15/2022 | Designates an incomplete document |
| 27 | WGL_39-54 | WG-TS Contract | | Objection - relevance |
| 28 | WGL_61-62 | Dunn EEOC Affidavit. | 9/4/2020 | Erroneous designation – Exhibit is at WGL_55-56 |
| 29 | WGL_57-60 | EEO Policy | April 2020 | Erroneous designation; range includes two documents |
| 30 | WGL_63-136 | WG 2022 Financial Report | | Objection - relevance |
| 31 | WGL_137-140 | Young HWE Report to WGL | 6/11/2020 | Objection to argumentative description; duplicative |
| 32 | WGL_141-143 | Proctoring Job Description | | None |
| 33 | WGL_148 | Dunn email to TS about shutting down operations at WG | 3/18/2020 | Designates an incomplete document; duplicative |
| 34 | WGL_150 | Dunn Email to TS that Young and Thomas not returning | 5/22/2020 | Objection to argumentative and misleading description; Designates an incomplete document |
| 35 | WGL_152-154 | EEO Policy | March 2020 | None |
| 36 | WGL_155 | Org Chart | | None |

| Exhibit No | Bates No | Description of Document | Date | Objection |
|---|---|---|---|---|
| 37 | WGL_166 | Shows that Robb was terminated and EEO policies signed by Robb | | Objection to argumentative and misleading description |
| 38 | WGL_167-192 | Position Statement to US EEOC | 9/9/2020 | Designates an incomplete document |
| 39 | WGL_193 | Robb and Dunn to interview candidates | 5/21/2020 | Designates an incomplete document; Objection to argumentative and misleading description |
| 40 | WGL_222 | Robb asks Young if she is getting behind on schedule. | 3/5/2020 | Objection to argumentative and misleading description; designates an incomplete document |
| 41 | WGL_226-231 | 227: WG Internal Summary showed that Robb engaged in "race, age and politics" discussions that WG deemed inappropriate. | 2020 | Objection to argumentative and misleading description |
| 42 | WGL_234-235 | "No reason" given for Deirdre not returning to work | unknown | Objection to argumentative and misleading description |
| 43 | WGL_242-243 | WGL Disciplinary Warning to Robb about HWE against Young | 10/30/2020 | Objection to argumentative and misleading description |

| Exhibit No | Bates No | Description of Document | Date | Objection |
|---|---|---|---|---|
| 44 | Young-004 | Email with Young about pay increase | 6/28/2018 | Designates and incomplete document |
| 45 | Young-10 to 13 | Robb email to staff about time cards and schedule | 1/3/2020 | Objection to argumentative description |
| 46 | Young-14 to 15 | Young emails with Robb about change of duties and instructions | 3/6/2020 | Objection to argumentative and misleading descriptions |
| 47 | Young-017 to 019 | Young email to Holly Anzano regarding pay raise | March – April 2019 | Objection to argumentative description |
| 48 | Young-020 to 34 | Young job applications | 2019-2022 | Objection to misleading and inaccurate description |
| 49 | Young-034 to 37 | Young applications for unemployment with Virginia | 2020-2021 | None |
| 50 | Young-038 | DC unemployment application | 2023 | None |

Dated: March 4, 2024

                         Respectfully submitted,

**STINSON LLP**

By: */s/Grant E. Mulkey*
Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

Bernadette C. Sargeant
*Admitted Pro Hac Vice*
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
202.728.3018
bernadette.sargeant@stinson.com
Counsel of Record for Defendant
Washington Gas Light Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I caused to be filed Defendant Washington Gas Light Company's Objections to Plaintiff's Proposed Trial Exhibits using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

DATED: March 4, 2024

                         By: */s/Bernadette C. Sargeant*
                         *Admitted Pro Hac Vice*
                         bernadette.sargeant@stinson.com
                         Counsel of Record for Defendant
                         Washington Gas Light Company