UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEIRDRE YOUNG,**

    **Plaintiff**

v.                                                                       Civil Case No. 1:23cv00445-PTG-JFA

**WASHINGTON GAS LIGHT COMPANY,** *et al.*

    **Defendants**

**DEFENDANT WASHINGTON GAS LIGHT COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56(a), Local Rule 56(b) and this Court's final pretrial conference order (ECF 47), Defendant Washington Gas Light Company ("Washington Gas"), by and through its undersigned counsel, moves this Court to grant summary judgment in its favor and to dismiss with prejudice Count VIII – Retaliation under 42 U.S.C. § 1981 of the First Amended Complaint as it relates to Washington Gas.

The arguments and authorities in support of this Motion are set forth in Washington Gas's contemporaneously filed *Brief in Support of Motion for Summary Judgment*, which is incorporated herein by reference.

WHEREFORE, Defendant Washington Gas respectfully requests that the Court enter an order granting summary judgment in its favor on the entirety of Plaintiff's First Amended Complaint, to dismiss all of Plaintiff's remaining claims with prejudice, to enter final judgment in Washington Gas's favor, and to award it all other just relief.

Respectfully submitted,

**STINSON LLP**

By: */s/Grant E. Mulkey*
Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

Bernadette C. Sargeant
*Admitted Pro Hac Vice*
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
202.728.3018
bernadette.sargeant@stinson.com
Counsel of Record for Defendant
Washington Gas Light Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, I caused to be filed Defendant Washington Gas Light Company's Motion for Summary Judgment using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

DATED: March 12, 2024

By: */s/Bernadette C. Sargeant*
*Admitted Pro Hac Vice*
bernadette.sargeant@stinson.com
Counsel of Record for Defendant
Washington Gas Light Company

2