UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

================================================================

**DEIRDRE YOUNG,**

**Plaintiff**
**v.**                                                Civil Case No. 1:23cv00445-PTG-JFA

**WASHINGTON GAS LIGHT**
**COMPANY & TEMPORARY**
**SOLUTIONS**

**Defendants**

================================================================

### Plaintiff Young's Response to Defendants Objections to Plaintiff's Witness and Exhibit List.

The Plaintiff Deirdre Young files her Response to the oppositions filed by the Defendants and Temporary Solutions (ECF 48) and Washington Gas Light Company (ECF 49) to Young's Witness and Exhibit List (ECF 46).

In Young's Witness and Exhibit List, Young identified 50 exhibits and 11 witnesses (plus all witnesses identified by the Defendants). Both Defendants did not object to any of Plaintiff's witnesses.

Both Defendant's did object to Young's documents/exhibits identified, specifically that not all of the page designations for exhibits : 2, 3, 6, 10, 17, 20, 26, 33, 34 and 39 were identified. To that end, we agree with the page designations identified by Temporary Solutions for the aforementioned exhibits and incorporate the page designations identified by Temporary Solutions. Washington Gas Light had also raised similar objections to the aforementioned exhibits identified by Temporary Solutions, and once again, agree to the page designations

identified by Temporary Solutions. Washington Gas had also objected to the description of some of the documents as "argumentative," we will therefore describe them in neutral language, where possible.

We will deal with any other objections on the grounds of relevance at the time of trial and/or at the time of any motions in Limine.

Below is the revised exhibit list, taking into account the objections made by the Defendants.

| Exhibit No | Bates No | Description of Document | Date | |
|---|---|---|---|---|
| 1 | TS_000001[1] | Dunn email to Temporary Solutions (TS) | 5/6/2020 | |
| 2 | TS_003-007 | Email to HR | 6/15/2020 | |
| 3 | TS_008-009 | TS interview notice for Young | 6/19/2020 | |
| 4 | TS_10-11 | WA Gas and TS Placement Agreement | | |
| 5 | TS_23 | Email from Young to TS | 6/12/2020 | |
| 6 | TS_24-27 | Dunn states that Young is performing | 4/2/2019 | |
| 7 | TS_28 | Employees who replaced Young | | |
| 8 | TS_32-34 | Tyrita Thomas' email and letter to HR about Robb's complaints. | 6/11/2020 | |
| 9 | TS_35-38 | Young letter to HR about Robb | 6/11/2020 | |
| 10 | TS_43-54 | TS interview notice to Young. | 6/18/2020 | |
| 11 | TS_55-60 | TS EEO interviews with coworkers. | June – Aug 2020 | |
| 12 | TS_61 | Young note to Robb about positive energy | unknown | |
| 13 | TS_70-71 | Dunn email to TS that they are bringing people on | 5/21/2020 | |

---

[1] In this filing, we will identify the documents from Temporary Solutions by their last 2-3 digits.

|    |            |                                                |               |   |
|----|------------|------------------------------------------------|---------------|---|
|    |            | board June 2020.                               |               |   |
| 14 | TS_73-88   | WGL & TS Temp Contract                         |               |   |
| 15 | TS_94-102  | TS response to US EEOC                         | 9/4/2020      |   |
| 16 | TS_107-128 | TS EEO Handbook                                |               |   |
| 17 | TS_129-132 | Young W2s                                      | 2017-2020     |   |
| 18 | TS_132-136 | Young TS/WG Payroll Hours                      | 2018-2020     |   |
| 19 | TS_199     | Young email to Drain                           | 3/16/2020     |   |
| 20 | TS_140-141 | Dunn email to TS that operations are suspended | 3/18/2020     |   |
| 21 | TS_202-204 | Hourly Sheets                                  | Jan – March 2020 |   |
| 22 | WGL_000001-2[2] | Robb Statement to US EEOC.                | 9/4/2020      |   |
| 23 | WGL_3-6    | Offer letter to Thoams Robb & Resume           | 10/8/2019     |   |
| 24 | WGL_9-22   | Robb 2020 evaluation.                          | 2020          |   |
| 25 | WGL_23-34  | Robb 2021 Evaluation                           | 2021          |   |
| 26 | WGL_35-36  | Robb Resignation letter                        | 3/15/2022     |   |
| 27 | WGL_39-54  | WG-TS Contract                                 | unknown       |   |
| 28 | WGL_61-62  | Dunn EEOC Affidavit.                           | 9/4/2020      |   |
| 29 | WGL_57-60  | EEO Policy                                     | April 2020    |   |
| 30 | WGL_63-136 | WG 2022 Financial Report                       |               |   |
| 31 | WGL_137-140 | Young HWE Report to WGL                       | 6/11/2020     |   |
| 32 | WGL_141-143 | Proctoring Job Description                    | unknown       |   |
| 33 | WGL_148-149 | Dunn email to TS about shutting down operations at WG | 3/18/2020 |   |
| 34 | WGL_150-151 | Dunn Email to TS                              | 5/22/2020     |   |
| 35 | WGL_152-154 | EEO Policy                                    | March 2020    |   |
| 36 | WGL_155    | Org Chart                                      | unknown       |   |
| 37 | WGL_166    | Document on Robb Termination                   | unknown       |   |
| 38 | WGL_167-192 | Position Statement to US                      | 9/9/2020      |   |

---

[2] In this filing, we will refer to the documents submitted by Washington Gas Light (WGL) by their last 2-3 digits.

|  |  | EEOC |  |  |
|---|---|---|---|---|
| 39 | WGL_193-194 | Robb and Dunn interview candidates | 5/21/2020 |  |
| 40 | WGL_222 | Robb email to Young | 3/5/2020 |  |
| 41 | WGL_226-231 | WGL Internal HWE Summary | 2020 |  |
| 42 | WGL_234-235 | "No reason" given for Deirdre not returning to work | unknown |  |
| 43 | WGL_242-243 | WGL Disciplinary Warning to Robb | 10/30/2020 |  |
| 44 | Young-004 | Email with Young about pay increase | 6/28/2018 |  |
| 45 | Young-10 to 13 | Robb email to staff about time cards and schedule | 1/3/2020 |  |
| 46 | Young-14 to 15 | Young emails with Robb about change of duties and instructions | 3/6/2020 |  |
| 47 | Young-017 to 019 | Young email to Holly Anzano regarding pay raise | March – April 2019 |  |
| 48 | Young-020 to 34 | Young note on job enquiries. | 2019-2022 |  |
| 49 | Young-034 to 37 | Young applications for unemployment with Virginia | 2020-2021 |  |
| 50 | Young-038 | DC unemployment application | 2023 |  |

Dated: March 12, 2024

*Respectfully Submitted,*

*/s/Monique A. Miles*

Monique A. Miles
Virginia State Bar No. 78828
Old Towne Associates, P.C.

        1500 Woodbine Street
        Alexandria, VA 22302
        Telephone: 703.519.6810
        mmiles@oldtowneassociates.com


        /s/A.J Dhali
        *Admitted Pro Hac Vice*
        Dhali P.C.
        1629 K Street, NW
        Suite 300
        Washington, DC 20006
        Telephone: 202.556.1285
        ajdhali@dhalilaw.com

        *Counsel for Plaintiff Deirdre Young*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on 3/12/2024 with electronic copies sent to the following counsel for the Defendants:

Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

Bernadette C. Sargeant
*Admitted Pro Hac Vice*
1775 Pennsylvania Avenue, NW
Suite 800
Washington, D.C. 20006
202.728.3018
bernadette.sargeant@stinson.com

*Counsel for Defendant Washington Gas Light Company*


Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
A*dmitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke
*Admitted Pro Hac Vice*

171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8712
lindsey.locke@agg.com

*Counsel for Defendant Temporary Solutions, Inc.*

/s/ Monique Miles