Request for Authorization to bring electronic device(s) into the
United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Monique Miles

Electronic Device(s): Smartphone (IPhone)
Microsoft Surface Pro Tablet Computer w/ keyboard & mouse, & charger cord

Purpose and Location Of Use: Judge Giles' Courtroom, Rm 801
To have access to electronic exhibits & case files.

Case No.: 1:23-CV-445

Date(s) Authorized: Thurs, April 11, 2024

IT Clearance Waived: ___ (Yes)   ___ (No)

/s/ Patricia Tolliver Giles
United States District Judge

Denied
4/10/24

APPROVED BY:

Date: _____   _____
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____   _____
IT Staff Member                              Date(s)

IT clearance must be completed, unless waived, before court appearance.