# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **04/11/2024**  
Time: **10:00am – 11:17am**

Judge: **Patricia Tolliver Giles**  
Reporter: **S. Wallace**

Civil Action Number: **1:23-cv-445-PTG-JFA**

**Deirdre Young,**

**Plaintiff,**

V.

**Washington Gas Light Company et al,**

**Defendants.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Monique Miles** | **Bernadette Sargeant** <br> **Grant Mulkey** <br> **Justin Ferraro** <br> **Lindsey Locke (PHV)** |

MOTION TO/FOR:
[50] MOTION for Summary Judgment by Washington Gas Light Company
[52] MOTION for Summary Judgment by Temporary Solutions, Inc.

**-MATTER ARGUED AND GRANTED IN PART AND DENIED IN PART**

**- PARTIES ARE DIRECTED TO ADVISE THE COURT BY 4/18/24 OF ANY OBJECTIONS TO FILED DESIGNATIONS**

**-IF NECESSARY, FILE NOTICE TO SCHEDULE A HEARING**

**- TRIAL SCHEDULE ORDER WILL BE ISSUED**

**-ORDER TO FOLLOW**