IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEIDRE YOUNG, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:23-cv-445 (PTG/JFA) |
| ) | |
| WASHINGTON GAS LIGHT COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## ORDER

This matter comes before the Court on Defendant Washington Gas Light Company's Motion for Summary Judgment (Dkt. 50) and Defendant Temporary Solutions, Inc.'s Motion for Summary Judgment (Dkt. 52) (collectively, "Motions"). For the reasons stated from the bench, it is hereby

**ORDERED** that Defendants' Motions (Dkts. 50, 52) are **DENIED in part and GRANTED in part**; it is further

**ORDERED** that Defendants' Motions (Dkts. 50, 52) are **GRANTED** as to Plaintiff's claims that any denial of overtime or any added work assignment constituted adverse actions; and it is further

**ORDERED** that Defendants' Motions (Dkts. 50, 52) are **DENIED** in all other respects.

Entered this 11th day of April, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge