IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DIEDRE YOUNG, )
)
       Plaintiff, )
)
v. ) Civil Action No. 1:23cv0445 (PTG/JFA)
)
WASHINGTON GAS LIGHT )
COMPANY, *et al.*, )
)
       Defendants. )
)

## ORDER

For the reasons discussed with the parties and for good cause, all action in this case is stayed until May 17, 2024. All litigation related deadlines are cancelled, and the jury trial scheduled for May 7, 2024, along with all trial related deadlines, are cancelled. A status conference will be set for Friday, May 17, 2024, at 10:00 a.m. before the undersigned. If a stipulated order of dismissal has been filed by Thursday, May 16, 2024, the status conference will be cancelled.

Entered this 24th day of April, 2024.

                                                              /s/
                                             John F. Anderson
                                             United States Magistrate Judge
                                             John F. Anderson
Alexandria, Virginia                          United States Magistrate Judge